by Howard S. Jones against John F. Menke and others. W. J. Lippman, for appellants. S. D. Levy, for respondent. No opinion. Judgment reversed, and new trial ordered, on the authority of De Klyn v. Simpson (decided Nov. 11, 1898) 54 N. Y. Supp. 345; costs to appellants to abide event.

JUDD, Respondent, v. COOPERSTOWN & C. V. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Mattie C. Judd against the Cooperstown & Charlotte Valley Railroad Company. No ·opinion. Judgment and order affirmed, with costs.

KALFUR, Respondent, v. BROADWAY FERRY & M. A. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Frederick Kalfur, an infant, by Frederick W. Kalfur, his guardian ad litem, against the Broadway Ferry & Metropolitan Avenue Railroad Company. No opinion. Motion for resettlement denied. See 54 N. Y. Supp. 503.

KAYSER, Appellant, v. KAHN, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) Action by Max Kayser against Henrietta Kahn. No opinion. Judgment affirmed, with costs, on argument.

KAYSER, Appellant, v. KAHN, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Max Kayser against Henrietta Kahn. No opinion. Order resettled.

KELLEY, Appellant, v. HOEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 3, 1899.) Action by Sarah Curran Kelley against M. J. Hoey and Charles Reese, individually, and as executors and trustees of, and under, the will of John McGrath. No opinion. If any alteration of the order is desired in regard to the question of costs, notice of the application for such change should be given. See 55 N. Y. Supp. 94.

KERN, Plaintiff, v. LEHIGH VAL. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by John C. Kern, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. There not being four judges qualified to sit in this case, it is hereby ordered that the appeal be transferred to, and heard in, the Third judicial department.

KEUFFEL et al., Appellants, v. WALTHER, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by William Keuffel and another against Bertha H. Walther. A. B. Smith, for appellants. E. H. Pomeroy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KLASE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Emily F. Klase against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re KLEIN. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) In the matter of the application of John Klein, Jr., for the revocation ·and cancellation of the liquor tax certificate of Mathias Horey, appellant. ·No opinion. Motion denied, without costs.

KNAPP, Appellant, v. TOWN OF PALATINE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Jose Knapp, as administrator, etc., against the town of Palatine and town of Canajoharie. No opinion. Judgment affirmed, with costs.

KOCHMAN, Appellant, v. CHASE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 17, 1899.) Action between Lewis Kochman and Isaac W. Chase and John L. Chase. Judgment for defendants, and plaintiff appeals. Reversed. Sullivan & Burke (H. V. Burke, of counsel), for appellant. L. A. Serviss (L. F. Fish, of counsel), for respondents.

PER CURIAM. We can see no substantial difference in the facts now appearing from what appeared when the case was last before us. We then held that such facts required the submission of the case to the jury (see 32 App. Div. 630, 52 N. Y. Supp. 740), and we have not changed our views since; and, for the reasons there given, we again reverse the judgment and order a new trial.

KOPEJZNA, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Joseph Kopejzna, an infant, by Emile Kopejzna, his guardian ad litem, against the Steinway Railway Company of Long Island City. No opinion. Judgment and order unanimously affirmed, with costs.

LE MANQUAIS, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Earnest R. Le Manquais against Alfred Carr. No opinion. Judgment and order affirmed, with costs.

LESTER, Appellant, v. BLOOMFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Williard ·Lester, as administrator, etc., against Benjamin F. Bloomfield. No opinion. Judgment affirmed, with costs.

LUCAS, Appellant, v. WESTCHESTER FIRE INS. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Charles H. Lucas against the Westchester Fire Insurance Company and others. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event.